**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO.1:03CR00158-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Shyaam Hakim, aka Bernard Thomas | ) | |
| | ) | |
| Defendant | ) | |

The defendant and his counsel, Attorney Charles Fleming appeared before this Court on August 13, 2012.

A report and recommendation was filed on July 19, 2012. See docket #36. The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report as to the new law violation and failure to notify the probation office of an arrest.

IT IS ORDERED that the defendant's supervised release is hereby revoked and the defendant be committed to the custody of the Bureau of Prisons for a period of 12 months custody to run concurrent with the state sentence the defendant is now serving. Upon release from confinement the period of supervised release is terminated.

| | |
|---|---|
| August 14, 2012 | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |